422 A.2d 695

Commonwealth v. Cherubini, Appellant.

Argued March 19, 1979. Mel D. Kardos, Assistant Public Defender, for appellant; Christine O. Boyd, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed and case remanded for trial.

422 A.2d 696

Commonwealth v. Christofferson, Appellant.

Submitted December 8, 1978. Joseph P. Green, for appellant; Robert A. Mix, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.